UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| B N A MARINE SERVICES LLC | CASE NO. 6:22-CV-05686 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| SAFE MARINE ASSURANCE LLC | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 13] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION [Doc. 13], Safe Marine Assurance, LLC's MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA [Doc. 9] is DENIED.

THUS, DONE AND SIGNED in Chambers this 25th day of January 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE